# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS S. WASHAM, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| vs. | : | NO. 13-0606 |
| | : | |
| JUDGE JAMES F. PROUD, et al., | : | |
|     Defendants | : | |

## O R D E R

**AND NOW,** this 10th day of June, 2013, upon careful review of the complaint and record in this case, IT IS HEREBY ORDERED that this action is DISMISSED *sua sponte* in its entirety with prejudice for the reasons set forth in the accompanying Memorandum.

IT IS FURTHER ORDERED that the plaintiff's *pro se* motions to withdraw the complaint (Document #3), to appoint counsel and amend the complaint (Document #4), to appoint counsel (Document #5), to amend the complaint and for summary judgment (Document #6), and for default judgment (Document #8) are DENIED as moot.

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.